RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 10/2/13

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

SHANNON LEE GALLENTINE     DOCKET NO. 13-CV-1143; SEC. P

VERSUS     JUDGE JAMES T. TRIMBLE, JR.

M.D. CARVAJAL     MAGISTRATE JUDGE KIRK

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED THAT** the Petition for Writ of Habeas Corpus under 28 U.S.C. §2241 be **DISMISSED** for failing to state a claim for which relief can be granted.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, on this 2nd day of October, 2013.

JAMES T. TRIMBLE, JR.
U.S. DISTRICT JUDGE